JS-6

# United States District Court
# Central District of California

CALVIN KWON,

               Petitioner,

               v.

B2O BAR & GRILL INC., et al.,

               Respondents.

Case No. CV 20-00835-VAP (JCx)

**ORDER OF DISMISSAL**

      The Court having been advised by counsel for the parties that the above-entitled action has settled,

      IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

      THE COURT will retain jurisdiction for a period of sixty (30) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: April 29, 2020

VIRGINIA A. PHILLIPS
Chief United States District Judge

1